## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James Heaser,

                Plaintiff,          Civil No. 12-159 (RHK/AJB)

v.                                    **ORDER OF DISMISSAL**
                                            **WITH PREJUDICE**

Weltman, Weinberg & Reis & Co., LPA,
and Ashley Doe,

                Defendants.

Based upon the Stipulation of Dismissal With Prejudice (Doc. No. 6), **IT IS ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE** on the merits, without costs, disbursements or attorney fees to any party.

    **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: April 11, 2012

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge